

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00236-CR

Troy **CURTIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0800A
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 11, 2015.

Luz Elena D. Chapa, Justice